IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN LUIS YEFFERSON,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-00433 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN WERTMAN,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 14th day of July 2023, upon consideration of pro se Petitioner Juan Luis Yefferson ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania